# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WEISS,<br><br>   Plaintiff,<br><br>   vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>   Defendant. | Case No.: CV15-4996-DMG (MRWx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [25]** |

Based upon the parties' stipulation and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: December 22, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1